USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    MEDINA NIKOCEVIC,

                              Plaintiff,

              -against-                      19 Civ. 10990 (LGS)

    HORIZON WINDOW TREATMENTS, et al.,

                            Defendants.

**ORDER**

------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS the initial pretrial conference in this matter is scheduled for February 11, 2020;

      WHEREAS no significant issues were raised in the parties' joint letter or proposed case management plan (Dkt. Nos. 19-20). It is hereby

      **ORDERED** that the February 11, 2020, initial pretrial conference is **cancelled**. If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances and that this order **does not** stay or prolong discovery for the purpose of settlement discussions. It is further

      **ORDERED** that, since the case has been automatically referred to mediation (Dkt. No. 18), the parties should be aware that mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court. The parties are also reminded that discovery is

governed by the discovery protocol as set forth in Judge Schofield's Initial Discovery Protocols for Employment cases located on the Court's website, not by the discovery protocol contained in the order of automatic referral (Dkt. No. 18). It is further

**ORDERED** that if Defendant(s) seek to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2.

Dated: February 6, 2020
      New York, New York

                                        **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**